

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Mijael Gaspar-Quintanilla v. The State of Texas

Appellate case number:   01-17-00264-CR

Trial court case number: C-1-CR-16-216900

Trial court:                    County Court at Law No 7 of Travis County

       Appellant, acting pro se, has filed a motion to dismiss this appeal. The record, however, indicates that appellant is represented by counsel. A voluntary motion for dismissal in a criminal case requires the signature of both appellant and his counsel. *See* TEX. R. APP. P. 42.2(a). Accordingly, the court orders appellant's counsel of record, Luis Landeros, to notify this court within 3 days of this order whether he joins appellant's request to dismiss the appeal. If counsel fails to file a response within 3 days, then the court will assume that counsel does not oppose the motion.

       It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    Acting individually


Date:  August 23, 2018